UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAIGE E. LESHER, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 5:17-cv-04731 |
| | : | |
| CLARK ZIMMERMAN, | : | |
| *IN HIS INDIVIDUAL CAPACITY*; and | : | |
| HAMBURG AREA SCHOOL DISTRICT, | : | |
|     Defendants | : | |

# O R D E R

**AND NOW**, this 15th day of May, 2018, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendant Clark Zimmerman's Motion to Dismiss, ECF No. 10, is **GRANTED in part** as follows:

    A. The Motion is granted based on qualified immunity because Zimmerman's conduct did not violate a constitutional right.

    B. The request to strike certain paragraphs is denied as moot.

2. Defendant Hamburg Area School District's Motion to Dismiss, ECF No. 12, is **GRANTED in part** as follows:

    A. The Motion is granted based on failure to state a claim.

    B. The request to strike certain paragraphs is denied as moot.

3. The Complaint, ECF No. 1, is **DISMISSED without prejudice**.

4. The case is **CLOSED**.

5. Plaintiff may, **within twenty days of the date of this Order**, file an amended complaint reasserting her claims against either Defendant, consistent with the Opinion. If she timely files an amended complaint, the case will be reopened.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge