UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAIGE E. LESHER,<br>  Plaintiff,<br><br> v.<br><br>CLARK ZIMMERMAN,<br>*IN HIS INDIVIDUAL CAPACITY*; and<br>HAMBURG AREA SCHOOL DISTRICT,<br>  Defendants | No. 5:17-cv-04731 |

# O R D E R

**AND NOW**, this 8th day of March, 2019, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendant Clark Zimmerman's Motion to Dismiss the Amended Complaint, ECF No. 23, is **GRANTED**.

2. Defendant Hamburg Area School District's Motion to Dismiss the Amended Complaint, ECF No. 24, is **GRANTED**.

3. The Amended Complaint, ECF No. 21, is **DISMISSED with prejudice**.

4. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge